# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 2, 2013

### NO. 03-10-00147-CV

**Carolyn Barnes, Appellant**

**v.**

**University Federal Credit Union and
Government Employees Insurance Company/GEICO Insurance, Appellees**

---

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REFORMED AND, AS REFORMED, AFFIRMED -- OPINION BY JUSTICE FIELD**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment, but that such error does not require the judgment be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reformed to award University Federal Credit Union $15,000 in attorneys' fees for this appeal instead of $25,000. As so reformed, the judgment of the trial court is affirmed. It **FURTHER** appearing to the Court that appellant has filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs relating to this appeal be assessed against appellant, both in this Court and the court below; and that this decision be certified below for observance.